STATE OF MONTANA,

Plaintiff,                                          NO. 868

vs.                                               DECISION

**TERRANCE G. KLOSTERMEIER,**

Defendant.

On September 5, 1991, the Defendant was sentenced to eight (8) years for the revocation of Burglary. Credit is given for 21 days time served, plus conditions.

On September 25, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division is here to consider the sentence which was imposed by Judge M. James Sorte. This board has the authority to increase the sentence, to leave it as is, or to reduce it. In the event that the Board would decide the alternative to increase the sentence, the proceedings will be stayed, an attorney would be appointed, and the proceedings would be rescheduled for a later date. In the event that the Board determines the sentence will remain as is or reduce it, the Board will go ahead with that decision. The defendant acknowledged that he understood this and stated that he wished to have his petition dismissed with the right to refile.

IT IS HEREBY ORDERED THAT the Petition for Sentence Review shall be dismissed without prejudice. Upon showing of good cause, the petitioner can reapply for Sentence Review at a later date.

DATED this 25th day of September, 1992.

**Hon. Ed McLean, Chairman, Hon. Thomas M. McKittrick, and Hon. G. Todd Baugh, Judges.**